UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

JOSE ANDAVERDE
DIANA SUE ANDAVERDE

CASE NO. 17-52264
CHAPTER 7

DEBTORS

## NOTICE OF CORRECTED NAME OF DEBTOR

NOTICE IS GIVEN that the name of the Debtor Diana Sue Andaverde on the original notice of this bankruptcy case was incorrect.  The correct name of the debtor is:

DIANA SUE ANDAVERDE

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Sara A. Johnston
Sara A. Johnston, Esq.
Ky. Bar No. 96769
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
sjohnston@dlgfirm.com
COUNSEL FOR DEBTORS

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by First Class U.S. Mail, postage prepaid, on November 20, 2017 on all creditors and parties in interest in this case.

/s/  Sara A. Johnston
COUNSEL FOR DEBTORS

\Andaverde, Jose and Diana\Pleadings\Notice of Correct Name 20171120.docx