UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

CASE NO. 17-52264
JOSE ANDAVERDE                                      CHAPTER 7
DIANA SUE ANDAVERDE

      DEBTORS

---

**ORDER GRANTING MOTION TO AVOID LIEN OF
AAFES A/K/A EXCHANGE CREDIT PROGRAM**

---

This matter of the Debtors' Motion to Avoid Lien of AAFES a/k/a Exchange Credit Program ("AAFES") (the "Motion") having been properly noticed and it further appearing that no objection having been filed or any timely objections have been overruled, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Lien filed in favor of creditor AAFES is hereby avoided in its entirety pursuant to 11 U.S.C. § 522(f).

**IT IS FURTHER ORDERED AND ADJUDGED** that unless the Debtors' Chapter 7 Bankruptcy is dismissed, the Lien will not survive the bankruptcy case or affix to or remain enforceable against any property owned by the Debtors, upon entry of the Debtors' discharge.

TENDERED BY:

DELCOTTO LAW GROUP PLLC

/s/ Sara A. Johnston
Sara A. Johnston, Esq.
KY Bar No. 96769
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:  (859) 281-1179
sjohnston@dlgfirm.com
COUNSEL FOR DEBTORS

\Andaverde, Jose and Diana\Avoid Lien PO AAFES 20180124.doc

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 20, 2018**
(grs)